In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00376-CV
_____


IN THE INTEREST OF R.A.M.

_____

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-204,353-J
_____

## MEMORANDUM OPINION

Cody McAdams filed a notice of appeal of the trial court's order denying a motion to modify, correct, or reform a judgment. We questioned whether the order was appealable and warned the parties that the appeal would be dismissed unless a written reply was filed by January 17, 2014. No response has been filed. We dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered February 13, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.